# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:07-CR-48 |
| ) | (Phillips) |
| GERALD E. BURRELL ) | |

## ORDER

This matter is before the court on the *pro se* motion filed by defendant to dismiss Count One of the indictment on the basis of insufficient evidence. Inasmuch as the trial of this matter has not yet taken place, the court is not in a position to evaluate the sufficiency of the government's evidence as to Count One. Accordingly, defendant's motion is **DENIED** at this time, subject to renewal at trial.

**ENTER:**

s/ Thomas W. Phillips
United States District Judge